FILED
2012 Aug-24 AM 09:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| GERALD CAMPBELL a/k/a )<br>BENNIE VANCE STEPHENS, )<br>)<br>Petitioner )<br>)<br>v. )<br>) Case No. 6:10-cv-03601-IPJ-HGD<br>FREDDIE BUTLER, Warden, and )<br>THE ATTORNEY GENERAL )<br>OF THE STATE OF ALABAMA, )<br>)<br>Respondents ) | |

### DISMISSAL ORDER

On August 8, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. It is, therefore,

ORDERED, ADJUDGED and DECREED that respondents' Motion to Dismiss Federal Habeas Corpus Petition as Moot (Doc. 11) is due to be and hereby is GRANTED, and the habeas corpus petition hereby is DISMISSED AS MOOT, due to petitioner's death.

DONE this 24th day of August 2012.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE